**Gigi Michele BRICKEY, Respondent,**

v.

**Walter Roy BRICKEY, Appellant.**

**No. WD 74837.**

Missouri Court of Appeals,
Western District.

Sept. 2, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
30, 2014.

Application for Transfer Denied
Nov. 25, 2014.

Clayton Evan Gillette, Kansas City, MO, for appellant.

James Hurley Worthington, Lexington, MO, for respondent.

Before Division Two: VICTOR C. HOWARD PJ., JAMES E. WELSH, ANTHONY REX GABBERT JJ.

## ORDER

PER CURIAM:

Walter Roy Brickey appeals the circuit court's "First Amended Judgment and Decree of Dissolution of Marriage" and the court's "Judgment Approving Accounting of Special Master and for Distribution of Funds." We affirm. Rule 84.16(b).